United States District Court
Southern District of Georgia
Savannah Division

Mason Burbank

v.                                               Case No: 4:19-CV-260

Lt. Walthour, et al.

Plaintiff's Motion to Dismiss

Comes now Mason Burbank and voluntarily dismisses all claims against all defendants. This motion is filed before the initial frivolity review is made and any answer filed. Burbank moves this Honorable Court to dismiss without prejudice all claims against all defendants and close this case. This motion is filed under Rule 41 FRCvP.

This the 14th day of November, 2019.

                                          Mason Burbank 99577
                                          Liberty County Jail
                                          180 Paul Sikes Dr
                                          Hinesville, GA 31313

[FILED stamp: U.S. DISTRICT COURT SAVANNAH DIV. 2019 NOV 18 AM 10:47 CLERK SO. DIST. OF GA.]

Certificate of Service

This is to certify that I have served the foregoing by placing it in the U.S. Mail with sufficient postage thereon and addressed as follows:

    Clerk's Office
    U.S. District Court
    P.O. Box 8286
    Savannah, GA 31412

This the 14th day of November, 2019.

                                          Mason Burbank 99577
                                          Liberty County Jail
                                          180 Paul Sikes Dr
                                          Hinesville, GA 31313

Mason Burbank 99577
Liberty County Jail - 2B
80 Paul Sikes Dr
Hinesville, GA 31313

Liberty County Jail
80 Paul Sikes Drive
Hinesville, GA 31313

31412-828686

Clerks Office
U.S. District Court
P.O. Box 8286
Savannah, GA 31412

JACKSONVILLE FL 320
15 NOV 2019 PM 2

Barn Swallow