UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| MASON BURBANK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV419-260 |
| LT. WALTHOUR, *et al.*, | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Before the Court is plaintiff's motion to voluntarily dismiss his 42 U.S.C. § 1983 claim pursuant to Fed. R. Civ. P. 41(a)(1). Doc. 9. Plaintiff has previously been granted the right to proceed in this action *in forma pauperis* (IFP). Doc. 3. As the Court has not screened the Complaint pursuant to 28 U.S.C. § 1915(e) and defendants have been neither served nor filed an answer, this motion should be **GRANTED** and the case **DISMISSED.** If dismissed, plaintiff will not be obligated to pay the filing fee, nor will this dismissal be considered for purposes of the three-strikes dismissal rule under 28 U.S.C. § 1915(g).[1]

---

[1] Plaintiffs are generally required to pay a filing fee in order to institute a civil action in a federal district court. 28 U.S.C. § 1914. Indigent prisoners may avoid prepayment of the filing fee under 28 U.S.C. § 1915, but must surmount § 1915(g):

In no event shall a prisoner bring a civil action or appeal a judgment in

Plaintiff has also sought guidance from the Court as to the filing of Freedom of Information Act (FOIA) requests and obtaining a copy of the public record for the case *United States v. Charles Robinson*, CV417-052. Doc. 9. FOIA does not apply to the judicial branch and federal courts. 5 U.S.C. § 551(1)(B). Dockets in federal cases are publicly available through the Public Access to Court Electronic Records (PACER) system. Plaintiff should utilize the legal research resources made available through his place of detention.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for

---

a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). A three-striker who fails to show "imminent danger" must pay the complete $350 filing fee when he initiates suit. *Vanderberg v. Donaldson*, 259 F.3d 1321, 1324 (11th Cir. 2001). Short of that, the court dismisses the Complaint without prejudice. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).

additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; see *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 30th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA