IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASON BURBANK,

    Plaintiff,

v.

LT. WALTHOUR, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-260

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 30, 2020, Report and Recommendation, (doc. 10), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 10), as the opinion of the Court and **GRANTS** Plaintiff's motion to voluntarily dismiss his claim. This case is **DISMISSED**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 2nd day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA